UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 18-9218 |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| Alfonso Mendoza Jr. | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(√) Reporting, as directed, to U.S. Pretrial Services;

(√) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(√) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____Alfonso Mendoza Jr._____     _____10/31/18_____
DEFENDANT                                DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____10/31/18_____
DATE